**THE HONORABLE KYMBERLY EVANSON**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY WIERSMA, an individual,<br><br>                    Plaintiff,<br><br>vs.<br>AIR TRANSPORT INTERNATIONAL, INC.,<br>a Delaware Corporation;<br><br>                    Defendant. | No. 2:26-cv-00202-KKE<br><br>STIPULATION AND ORDER GRANTING<br>PLAINTIFF LEAVE TO FILE FIRST<br>AMENDED COMPLAINT |

## I.  STIPULATION

The parties, by and through their attorneys, hereby stipulate and agree to the entry of the following order granting Plaintiff leave to file his First Amended Complaint.  Pursuant to LCR 15, a copy of the proposed amended pleading is attached to this Stipulation as Exhibit A.

DATED this 5th day of June, 2026.

  s/ Lisa Burke                    
Lisa Burke, WSBA #42859
MBE Law Group PLLC
1700 7th Ave, Suite 2100
Seattle, WA  98101
Telephone:  206-400-7722
Facsimile:  206-400-7742
Email: lburke@mbelg.com
*Attorneys for Plaintiff*

      s/  Brian K. Keeley              
Brian K. Keeley, WSBA #32121
Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone (206) 802-3802
Facsimile (206) 405-4450
Email: Brian.Keeley@jacksonlewis.com
*Attorneys for Defendant*

STIPULATION AND ORDER GRANTING
PLAINTIFF LEAVE TO FILE FIRST AMENDED
COMPLAINT
(No. 2:26-cv-00202-KKE) – Page 1

**MBE LAW GROUP PLLC**
1700 Seventh Ave, Suite 2100
Seattle, Washington 98101
Tel: 206.400.7722

## II.  ORDER

This matter having come before the Court upon the foregoing Stipulation of the parties, and the Court being fully advised in the premises; NOW THEREFORE, IT IS HEREBY ORDERED:

1.    Plaintiff is granted leave to file his First Amended Complaint; and

2.    Within fourteen (14) days of the filing of this Order, Plaintiff must file and serve the amended pleading on all parties.

IT IS SO ORDERED this 5th day of June, 2026.


Kymberly K. Evanson
United States District Judge

Presented by:

MBE LAW GROUP PLLC


s/ Lisa Burke
Lisa Burke, WSBA #42859
1700 7th Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 400-7722
Email: lburke@mbelg.com

Attorneys for Plaintiff

Approved as to form:

JACKSON LEWIS, P.C.

 s/ Brian Keeley
Brian K. Keeley, WSBA #32121
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone (206) 802-3802
Facsimile (206) 405-4450
Email: Brian.Keeley@jacksonlewis.com

Attorneys for Defendant

STIPULATION AND ORDER GRANTING
PLAINTIFF LEAVE TO FILE FIRST AMENDED
COMPLAINT
(No. 2:26-cv-00202-KKE) – Page 2

MBE LAW GROUP PLLC
1700 Seventh Ave, Suite 2100
Seattle, Washington 98101
Tel: 206.400.7722